IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| WILLIAM CONNER<br><br>        Plaintiff<br><br>v.<br><br>BOROUGH OF EDDYSTONE, PA,<br>WILLIAM STEWART, KAREN REEVES,<br>DAVID PATERSON, and DESPO<br>TATASCIORE<br><br>        Defendants | CIVIL ACTION<br>NO. 14-06934 |

## ORDER

**AND NOW**, this 6th day of March, 2015, upon consideration of Defendants' motion to dismiss (Doc. No. 12) and Plaintiff's response in opposition (Doc. No. 14), it is **ORDERED** that:

1. The motion is **GRANTED IN PART AND DENIED IN PART**;

2. The motion is **DENIED** as to Count I of the complaint;

3. The motion is **GRANTED** as to Counts II, III, IV, VI and VII of the complaint. Count III is **DISMISSED WITH PREJUDICE**, and Counts II, IV, VI, and VII are **DISMISSED WITHOUT PREJUDICE**; and

4. Plaintiff is granted leave to file an amended complaint consistent with this Order on or before **March 20, 2015**.

                                                                  BY THE COURT:

                                                                  */s/ Gerald J. Pappert*
                                                                  GERALD J. PAPPERT, J.